IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOIS A. YANKAH, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> EIGHTEENTH JUDICIAL CIRCUIT ) <br> COURT, DuPage County, Illinois, ) <br> ) <br> Respondent. ) | No. 23 C 6508 <br><br> The Honorable <br> John J. Tharp, Jr., <br> Judge Presiding. |

## AFFIDAVIT AND NOTICE TO THE COURT

LAUREN SCHNEIDER, being first duly sworn upon oath, deposes and states as follows:

1. I am the Illinois Assistant Attorney General assigned to represent the respondent in this matter.

2. On December 13, 2023, I electronically filed respondent's **Response to Habeas Corpus Petition** (Doc. 14); **State Court Record** (Doc. 15); and **Exhibits A through H** (Docs. 15-1, 15-2, 15-3, 15-4, 15-5, 15-6, 15-7, 15-8) with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, and on the same date arranged for copies of all foregoing documents to be mailed via the United States Postal Service to petitioner, a non-CM/ECF user, at the following address:

   Lois Yankah, 71282
   Riverside Regional Jail
   500 Folar Trail

   Prince George, VA 23860

3.  The envelope containing the aforementioned filed documents was returned to sender, at the former address of the Office of the Illinois Attorney General, 100 West Randolph Street, 12th Floor. *See* Exh. A.

4.  I personally received the returned envelope and documents, marked "return to sender" delivered to my office on January 18, 2024.

5.  On January 31, 2024, a letter was delivered to my office from petitioner titled "In re: Reply Brief." *See* Exh. B. Petitioner explained that she received the "reply brief" and "exhibit(s)" on or about December 26, 2023, but that she "requested for it to be returned to [me] for replacement." *Id.* at 2. Petitioner further stated that due to the internal policies of Riverside Regional Jail forbidding staples, petitioner did not have the opportunity inspect the original documents before copies were made and given to her. *Id.* Petitioner stated that she therefore "[could] not confirm if what [she] was receiving was all that was sent." *Id.* Petitioner further believes "[b]ased on the reply brief" that some of the pages of the filings were missing. *Id.* Petitioner thus requested that respondent resend the documents without stapling them. *Id.*

6.  I have checked all documents served on petitioner and returned in the mailing against the pdf documents filed with this Court.

7. Upon close inspection, I found that one page — C182 of Exhibit C (Doc. 15-3) — was inadvertently omitted from the documents originally served on petitioner.

8. Apart from this page, all documents originally mailed to petitioner and returned in the envelope marked "return to sender" are identical to those filed with this Court on December 13, 2023.

9. I reprinted page C182 of Exhibit C (Doc. 15-3) and inserted it into the proper order of Exhibit C.

10. On February 1, 2024, I arranged for complete copies of all previously filed documents to be mailed (without staples) to petitioner at the foregoing Riverside Regional Jail address.

FURTHER AFFIANT SAYETH NOT.

By: /s/ Lauren E. Schneider<br>LAUREN E. SCHNEIDER

February 1, 2024

# **CERTIFICATE OF SERVICE**

I certify that on February 1, 2024, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, and on the same date arranged for a copy of this document and accompanying exhibits to be mailed via the United States Postal Service to the following non-CM/ECF user:

    Lois Yankah, 71282
    Riverside Regional Jail
    500 Folar Trail
    Prince George, VA 23860

/s/ Lauren E. Schneider
LAUREN E. SCHNEIDER, Bar No. 6342598
Assistant Attorney General
115 South LaSalle Street
Chicago, Illinois 60604
(773) 505-5275
lauren.schneider@ilag.gov

*Counsel for Respondent*