Dear Clerk,

I trust you are well. Can you please help me file these additional EXHIBIT(s) under Case No: 23-cv-6508 and forward additional file stamped copies of Petitioner's Response to Respondent's informal briefs and all EXHIBIT(s) using the enclosed envelope. Please and thank you.

Sincerely,
Lais Yankah

FILED
2/26/2024
KG
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT



# DEPARTMENT OF HOMELAND SECURITY
## IMMIGRATION DETAINER - NOTICE OF ACTION

Subject ID: 358520064
Event #: CHI1704000590

File No: 087 692 692
Date: April 27, 2017

TO: (Name and Title of Institution - OR Any Subsequent Law Enforcement Agency)
DUPAGE COUNTY JAIL
501 N. COUNTY FARM ROAD
WHEATON, IL 60187

FROM: (Department of Homeland Security Office Address)
CHICAGO, IL, DOCKET CONTROL OFFICE
ICE
ERO CHICAGO FIELD OFFICE
101 W CONGRESS PARKWAY 4TH FLOOR
CHICAGO, IL 60605

Name of Alien: YANKAH, LOIS AKA: YANHAK, Lois

Date of Birth: 08/16/1984   Citizenship: GHANA   Sex: F

**1. DHS HAS DETERMINED THAT PROBABLE CAUSE EXISTS THAT THE SUBJECT IS A REMOVABLE ALIEN. THIS DETERMINATION IS BASED ON (complete box 1 or 2).**

Inmate #: 249537

☐ A final order of removal against the alien;
☐ The pendency of ongoing removal proceedings against the alien;
☒ Biometric confirmation of the alien's identity and a records check of federal databases that affirmatively indicate, by themselves or in addition to other reliable information, that the alien either lacks immigration status or notwithstanding such status is removable under U.S. immigration law; and/or
☐ Statements made by the alien to an immigration officer and/or other reliable evidence that affirmatively indicate the alien either lacks immigration status or notwithstanding such status is removable under U.S. immigration law.

**2. DHS TRANSFERRED THE ALIEN TO YOUR CUSTODY FOR A PROCEEDING OR INVESTIGATION (complete box 1 or 2).**

☐ Upon completion of the proceeding or investigation for which the alien was transferred to your custody, DHS intends to resume custody of the alien to complete processing and/or make an admissibility determination.

**IT IS THEREFORE REQUESTED THAT YOU:**

- **Notify DHS** as early as practicable (at least 48 hours, if possible) before the alien is released from your custody. Please notify DHS by calling ☒ U.S. Immigration and Customs Enforcement (ICE) or ☐ U.S. Customs and Border Protection (CBP) at 708-449-6722. If you cannot reach an official at the number(s) provided, please contact the Law Enforcement Support Center at: (802) 872-6020.
- **Maintain custody** of the alien for a period **NOT TO EXCEED 48 HOURS** beyond the time when he/she would otherwise have been released from your custody to allow DHS to assume custody. The alien **must be served with a copy of this form** for the detainer to take effect. This detainer arises from DHS authorities and should not impact decisions about the alien's bail, rehabilitation, parole, release, diversion, custody classification, work, quarter assignments, or other matters.
- **Relay this detainer** to any other law enforcement agency to which you transfer custody of the alien.
- **Notify this office** in the event of the alien's death, hospitalization or transfer to another institution.

☐ If checked: please cancel the detainer related to this alien previously submitted to you on _____ (date).

E 7516 LAPINSKI - Deportation Officer
(Name and title of Immigration Officer)

(Signature of Immigration Officer) (Sign in ink)

Notice: If the alien may be the victim of a crime or you want the alien to remain in the United States for a law enforcement purpose, notify the ICE Law Enforcement Support Center at (802) 872-6020. You may also call this number if you have any other questions or concerns about this matter.

**TO BE COMPLETED BY THE LAW ENFORCEMENT AGENCY CURRENTLY HOLDING THE ALIEN WHO IS THE SUBJECT OF THIS NOTICE:**

Please provide the information below, sign, and return to DHS by mailing, emailing or faxing a copy to _____.

Local Booking/Inmate #: 249537   Estimated release date/time: N/A

Date of latest criminal charge/conviction: 4-26-17   Last offense charged/conviction: Fugitive From Justice

This form was served upon the alien on 5-7-17, in the following manner:

☒ in person   ☐ by inmate mail delivery   ☐ other (please specify): _____

Cpl. Hayles #608
(Name and title of Officer)

Cpl. [signature] #608
(Signature of Officer) (Sign in ink)

DHS Form I-247A (3/17)   Page 1 of 3

## U.S. DEPARTMENT OF HOMELAND SECURITY     Warrant for Arrest of Alien

File No. __087 692 692__

Date: __04/27/2017__

To:   Any immigration officer authorized pursuant to sections 236 and 287 of the Immigration and Nationality Act and part 287 of title 8, Code of Federal Regulations, to serve warrants of arrest for immigration violations

I have determined that there is probable cause to believe that ____YANKAH, LOIS____ is removable from the United States. This determination is based upon:

☐ the execution of a charging document to initiate removal proceedings against the subject;

☐ the pendency of ongoing removal proceedings against the subject;

☐ the failure to establish admissibility subsequent to deferred inspection;

☑ biometric confirmation of the subject's identity and a records check of federal databases that affirmatively indicate, by themselves or in addition to other reliable information, that the subject either lacks immigration status or notwithstanding such status is removable under U.S. immigration law; and/or

☐ statements made voluntarily by the subject to an immigration officer and/or other reliable evidence that affirmatively indicate the subject either lacks immigration status or notwithstanding such status is removable under U.S. immigration law.

**YOU ARE COMMANDED** to arrest and take into custody for removal proceedings under the Immigration and Nationality Act, the above-named alien.

_____
(Signature of Authorized Immigration Officer)

**D 3899 LEIBAS - SDDO**
(Printed Name and Title of Authorized Immigration Officer)

### Certificate of Service

I hereby certify that the Warrant for Arrest of Alien was served by me at __DuPage County Jail__ (Location)

on __YANKAH, LOIS__ (Name of Alien)   on __5.7.17__ (Date of Service), and the contents of this notice were read to him or her in the __English__ (Language) language.

__Cpl. Hayles #608 Cpl H_____
Name and Signature of Officer

_____
Name or Number of Interpreter (if applicable)

Form I-200 (Rev. 09/16)



# OFFICE OF THE GOVERNOR
207 STATE HOUSE
SPRINGFIELD, ILLINOIS 62706

**BRUCE RAUNER**
  GOVERNOR

May 31, 2017

Sheriff John E. Zaruba
DuPage County Sheriff's Office
501 North County Farm Road
Wheaton, Illinois 60187

Attention: Sergeant Colin Cantwell

Dear Sheriff Zaruba:

**Re: Lois Aba Kwakyewaa Yankah**

Governor Bruce Rauner has directed that the enclosed warrant and supporting papers be forwarded to you for service upon the above-named individual. Once arrested on the Governor's warrant, the Uniform Criminal Extradition Act precludes the granting of bail. If there are local criminal charges pending, please hold the enclosed Governor's warrant in abeyance until the charges are resolved. If the charges result in an IDOC sentence, please return the Governor's warrant and enclosed paperwork to me at the address below indicating such.

When the requirements of the Illinois Uniform Criminal Extradition Act have been complied with, and when the subject may be released to the custody of the agent from the demanding state, please notify:

Mr. Learned D. Barry
Deputy Commonwealth's Attorney
Attention: Michelle Dawson
John Marshall Courts Building
400 North 9th Street
Richmond, Virginia 23219-1998
(804) 646-8960

Thank you for your cooperation. If you have any questions, please feel free to contact me.

Respectfully,

Lisa R. Smith
Extradition Coordinator
801 South 7th Street, Suite 1000-S
Springfield, Illinois 62703
(217) 782-9356

Enclosures
cc: Mr. Learned D. Barry, Richmond, VA
    Mr. Chris Fink, VA Director of Extraditions



# DEPARTMENT OF HOMELAND SECURITY
## IMMIGRATION DETAINER - NOTICE OF ACTION

Subject ID: 358520064
Event #: CHI1704000590

File No: 087 692 692
Date: April 27, 2017

TO: (Name and Title of Institution - OR Any Subsequent Law Enforcement Agency) DUPAGE COUNTY JAIL
501 N. COUNTY FARM ROAD
WHEATON, IL 60187

FROM: (Department of Homeland Security Office Address)
CHICAGO, IL, DOCKET CONTROL OFFICE
ICE
ERO CHICAGO FIELD OFFICE
101 W CONGRESS PARKWAY 4TH FLOOR
CHICAGO, IL 60605

Name of Alien: YANKAH, LOIS AKA: YANHAK, Lois

Date of Birth: 08/16/1984  Citizenship: GHANA  Sex: F

**1. DHS HAS DETERMINED THAT PROBABLE CAUSE EXISTS THAT THE SUBJECT IS A REMOVABLE ALIEN. THIS DETERMINATION IS BASED ON** *(complete box 1 or 2):*  Inmate #: 249537

☐ A final order of removal against the alien;
☐ The pendency of ongoing removal proceedings against the alien;
☒ Biometric confirmation of the alien's identity and a records check of federal databases that affirmatively indicate, by themselves or in addition to other reliable information, that the alien either lacks immigration status or notwithstanding such status is removable under U.S. immigration law; and/or
☐ Statements made by the alien to an immigration officer and/or other reliable evidence that affirmatively indicate the alien either lacks immigration status or notwithstanding such status is removable under U.S. immigration law.

**2. DHS TRANSFERRED THE ALIEN TO YOUR CUSTODY FOR A PROCEEDING OR INVESTIGATION** *(complete box 1 or 2):*

☐ Upon completion of the proceeding or investigation for which the alien was transferred to your custody, DHS intends to resume custody of the alien to complete processing and/or make an admissibility determination.

**IT IS THEREFORE REQUESTED THAT YOU:**

- **Notify DHS** as early as practicable (at least 48 hours, if possible) before the alien is released from your custody. Please notify DHS by calling ☒ U.S. Immigration and Customs Enforcement (ICE) or ☐ U.S. Customs and Border Protection (CBP) at 708-449-6722. If you cannot reach an official at the number(s) provided, please contact the Law Enforcement Support Center at: (802) 872-6020.
- **Maintain custody** of the alien for a period **NOT TO EXCEED 48 HOURS** beyond the time when he/she would otherwise have been released from your custody to allow DHS to assume custody. The alien **must be served with a copy of this form** for the detainer to take effect. This detainer arises from DHS authorities and should not impact decisions about the alien's bail, rehabilitation, parole, release, diversion, custody classification, work, quarter assignments, or other matters.
- **Relay this detainer** to any other law enforcement agency to which you transfer custody of the alien.
- **Notify this office** in the event of the alien's death, hospitalization or transfer to another institution.

☐ If checked: please cancel the detainer related to this alien previously submitted to you on _____ (date).

E 7516 LAPINSKI - Deportation Officer
(Name and title of Immigration Officer)

_(Signature)_
(Signature of Immigration Officer) (Sign in ink)

Notice: If the alien may be the victim of a crime or you want the alien to remain in the United States for a law enforcement purpose, notify the ICE Law Enforcement Support Center at (802) 872-6020. You may also call this number if you have any other questions or concerns about this matter.

**TO BE COMPLETED BY THE LAW ENFORCEMENT AGENCY CURRENTLY HOLDING THE ALIEN WHO IS THE SUBJECT OF THIS NOTICE:**

Please provide the information below, sign, and return to DHS by mailing, emailing or faxing a copy to _____.

Local Booking/Inmate #: 249537  Estimated release date/time: N/A
Date of latest criminal charge/conviction: 4/26/17  Last offense charged/conviction: Fugitive From Justice
This form was served upon the alien on 5-17-17, in the following manner:
☒ in person  ☐ by inmate mail delivery  ☐ other (please specify): _____

Cpl. Hayles #608
(Name and title of Officer)

Cpl. Hay #608
(Signature of Officer) (Sign in ink)

Page 1 of 3
DHS Form I-247A (3/17)

## U.S. DEPARTMENT OF HOMELAND SECURITY   Warrant for Arrest of Alien

File No. __087 692 692__

Date: __04/27/2017__

To: Any immigration officer authorized pursuant to sections 236 and 287 of the Immigration and Nationality Act and part 287 of title 8, Code of Federal Regulations, to serve warrants of arrest for immigration violations

I have determined that there is probable cause to believe that __YANKAH, LOIS__ is removable from the United States. This determination is based upon:

☐ the execution of a charging document to initiate removal proceedings against the subject;

☐ the pendency of ongoing removal proceedings against the subject;

☐ the failure to establish admissibility subsequent to deferred inspection;

☑ biometric confirmation of the subject's identity and a records check of federal databases that affirmatively indicate, by themselves or in addition to other reliable information, that the subject either lacks immigration status or notwithstanding such status is removable under U.S. immigration law; and/or

☐ statements made voluntarily by the subject to an immigration officer and/or other reliable evidence that affirmatively indicate the subject either lacks immigration status or notwithstanding such status is removable under U.S. immigration law.

**YOU ARE COMMANDED** to arrest and take into custody for removal proceedings under the Immigration and Nationality Act, the above-named alien.

_____
(Signature of Authorized Immigration Officer)

__D 3899 LEIBAS - SDDO__
(Printed Name and Title of Authorized Immigration Officer)

### Certificate of Service

I hereby certify that the Warrant for Arrest of Alien was served by me at __Dupage County Jail__ (Location)

on __YANKAH, LOIS__ (Name of Alien) on __5.7.17__ (Date of Service), and the contents of this notice were read to him or her in the __English__ (Language) language.

__Cpl. Hayles #608__
Name and Signature of Officer

_____
Name or Number of Interpreter (if applicable)

Form I-200 (Rev. 09/16)



## OFFICE OF THE GOVERNOR
207 STATE HOUSE
SPRINGFIELD, ILLINOIS 62706

**BRUCE RAUNER**
   GOVERNOR

May 31, 2017

Sheriff John E. Zaruba
DuPage County Sheriff's Office
501 North County Farm Road
Wheaton, Illinois 60187

Attention: Sergeant Colin Cantwell

Dear Sheriff Zaruba:

### Re: Lois Aba Kwakyewaa Yankah

    Governor Bruce Rauner has directed that the enclosed warrant and supporting papers be forwarded to you for service upon the above-named individual. Once arrested on the Governor's warrant, the Uniform Criminal Extradition Act precludes the granting of bail. If there are local criminal charges pending, please hold the enclosed Governor's warrant in abeyance until the charges are resolved. If the charges result in an IDOC sentence, please return the Governor's warrant and enclosed paperwork to me at the address below indicating such.

    When the requirements of the Illinois Uniform Criminal Extradition Act have been complied with, and when the subject may be released to the custody of the agent from the demanding state, please notify:

    Mr. Learned D. Barry
    Deputy Commonwealth's Attorney
    Attention: Michelle Dawson
    John Marshall Courts Building
    400 North 9th Street
    Richmond, Virginia 23219-1998
    (804) 646-8960

Thank you for your cooperation. If you have any questions, please feel free to contact me.

Respectfully,

Lisa R. Smith
Extradition Coordinator
801 South 7th Street, Suite 1000-S
Springfield, Illinois 62703
(217) 782-9356

Enclosures
cc: Mr. Learned D. Barry, Richmond, VA
    Mr. Chris Fink, VA Director of Extraditions

Lois Hankah
500 Polar Trail
N Prince George, VA 23860

02/26/2024-24

OPERATIONS

Clerk
U.S. District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604



