



E.C

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Lois Yankah

    Plaintiff

v.

Eighteenth Judicial Circuit Court

    Defendant

Case Number: 1:23-cv-06508

Judge: Honorable John Tharp Jnr

Magistrate Judge:

Please find attached remaining/missing Exhibits to Petitioner's reply to Respondent's brief.

Exhibit 20: Court Transcripts

Petitioner respectfully requests to receive electronic notices from the court via email to loisyankah@gmail.com and waives receiving copies of documents through the mail.

Sincerely
/s/ Lois Yankah

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

```
STATE OF ILLINOIS      )
                       ) SS
COUNTY OF DU PAGE      )

         IN THE CIRCUIT COURT OF DU PAGE COUNTY
    FOR THE EIGHTEENTH JUDICIAL CIRCUIT OF ILLINOIS

FOR THE PEOPLE OF THE          )
STATE OF ILLINOIS,             )
                               )
         Plaintiff,            )
                               )
      -vs-                     ) No. 16 CF 2104
                               )     Status
LOIS A. YANHAK,                )
                               )
         Defendant.            )
```

REPORT OF PROCEEDINGS had at the hearing of the above-entitled cause, before the Honorable JOHN J. KINSELLA, Judge of said Court, commencing on Thursday, the 18th day of May, 2017.

PRESENT:

    MR. ROBERT B. BERLIN,
State's Attorney of DuPage County, by
MR. DAVID FRIEDLAND and MS. VINCENZA LA MONICA,
Assistant State's Attorneys,
        appeared on behalf of the People of
        the State of Illinois;

    MS. RUTH WALSTRA,
        appeared on behalf of the Defendant;

    DEFENDANT LOIS A. YANHAK.

Kristin M. Barnes, CSR
Official Court Reporter
CSR No. 084-004026

*Kristin M. Barnes, CSR, #084-004026*

| | |
|---|---|
| 1 | THE CLERK:  Lois Yanhak, three files. |
| 2 | MR. FRIEDLAND:  People. |
| 3 | David Friedland for the People. |
| 4 | MS. WALSTRA:  Your Honor, Ruth Walstra, currently |
| 5 | still on behalf of Ms. Yanhak, who is present in the |
| 6 | custody of the sheriff. |
| 7 | THE COURT:  Okay.  I'm sorry.  What's the name? |
| 8 | MS. WALSTRA:  Yanhak, Y-a-n-h-a-k. |
| 9 | She has three files. |
| 10 | THE COURT:  Okay.  We have an August 1st jury |
| 11 | trial date on the 16 CF 2104, and we have two fugitive |
| 12 | charges out of Virginia. |
| 13 | MS. WALSTRA:  Yes, your Honor. |
| 14 | My client, again, this morning would like to |
| 15 | request that the public defender's office be granted |
| 16 | leave to withdraw. |
| 17 | She's indicated to me on the phone yesterday |
| 18 | that her family is in the process of retaining a |
| 19 | private attorney and -- |
| 20 | THE COURT:  This came up before and I -- |
| 21 | MS. WALSTRA:  It has. |
| 22 | THE COURT:  -- said once the attorney is here and |
| 23 | files an appearance, then we'll do that. |
| 24 | MS. WALSTRA:  I know.  And she's, again, very |

```
1    insistent.
2         THE DEFENDANT:  May I address the court?
3         THE COURT:  Let me explain.
4            I don't mind -- you have the absolute right
5    to hire, and your family does as well, any attorney
6    duly licensed to practice law before this court to
7    represent you, but I'm not going to remove the public
8    defender from the case until that attorney appears
9    here.  Otherwise we're going to look at a situation
10   where, if something falls through, then I have no
11   attorney and then I have to reappoint the public
12   defender or give you more time.
13           So that's just my management of my call.  So
14   I'm not going to allow the public defender to withdraw
15   until an attorney appears here and files an appearance
16   and is obligated then to represent you.
17        THE DEFENDANT:  Your Honor, may I address the
18   court, please?
19        THE COURT:  Go ahead.
20        THE DEFENDANT:  I would like to start by saying
21   that I was discriminated against in this court on
22   May 9th and I'm going to say that by referencing the
23   state attorney asking you to deny bail because of my
24   nationality.
```

|   |   |
|---|---|
| 1 |         I received a copy of the detainer from DHS, |
| 2 | and it specifically states that the hold they have |
| 3 | should not be used to deny me bail, rehab, parole, |
| 4 | release, diversion, custody, work, or other matters. |
| 5 | This was raised in court to deny me bail. |
| 6 |         There are other inmates that I have met who |
| 7 | have holds from other agencies and every case they have |
| 8 | in this court has a bond except mine. |
| 9 |         The bond was denied not because of the |
| 10 | seriousness of the crime but it's because I have a hold |
| 11 | that identifies my nationality, and I feel it's a |
| 12 | violation of my human rights, your Honor. |
| 13 |     THE COURT: Is there an ICE hold? |
| 14 |     MS. WALSTRA: There is an ICE hold; however -- |
| 15 |     THE COURT: Because the court never addressed |
| 16 | that, and I don't recall that coming up. She's wanted |
| 17 | out of the state of -- or Commonwealth of Virginia as a |
| 18 | fugitive and that's what no bail was set on. |
| 19 |     MS. WALSTRA: Correct. |
| 20 |     MR. LA MONICA: That's correct. It was -- |
| 21 |     THE DEFENDANT: Your Honor -- |
| 22 |     MS. LA MONICA: -- Judge, in the hearing, but that |
| 23 | was because we were asked directly -- I was told that |
| 24 | she had an ICE hold, Ms. Walstra, I believe, confirmed |

```
 1    she had an ICE hold, and that was brought up, but it
 2    was after we'd discussed the case --
 3         THE DEFENDANT:  Your Honor --
 4         MS. LA MONICA:  -- the warrants, things of that
 5    nature.
 6         THE DEFENDANT:  This case that I -- you denied
 7    bond on has been carefully considered by another judge
 8    in assistant judicial court and he dismissed it.
 9              My medical condition, it's not safe in this
10    jail.  I have been bleeding every day.  I had surgery
11    pending prior to coming here.
12              This was given to the public defender's
13    office.  They made me sign a medical release so that I
14    get the proper medical attention.  I am in and out of
15    medical watch taking medication, bleeding.  All I
16    needed was the proper medical attention.
17         THE COURT:  Okay.
18         MS. WALSTRA:  Judge, we still have not received
19    those records.  We have been --
20         THE COURT:  We'll have a hearing tomorrow.  Bring
21    the jail medical personnel over here to review the
22    status of her medical claim.
23              As far as you being discriminated against
24    because of your ethnicity or nationality, that didn't
```

1 happen.
2           The court's previous orders will stand.
3 We'll have a hearing at 10:00 tomorrow to review this
4 question of her medical care.
5      THE DEFENDANT:  Your Honor, may I please ask --
6      MS. WALSTRA:  I believe my client then wishes to
7 represent herself and not have me proceed as her
8 attorney.
9      THE DEFENDANT:  Yes, because you did --
10      THE COURT:  That request will be denied.
11           We'll have a hearing tomorrow addressing the
12 medical issue.  Otherwise the bail situation will
13 stand.
14           Thank you.
15                (Which were all the proceedings had at
16                 the hearing of the above-entitled
17                 cause, this date.)
18
19
20
21
22
23
24

*Kristin M. Barnes, CSR, #084-004026*

```
 1    STATE OF ILLINOIS      )
                             ) SS
 2    COUNTY OF DU PAGE      )

 3

 4        I HEREBY CERTIFY that I reported in shorthand the

 5    proceedings had at the hearing of the above-entitled

 6    cause, and that the foregoing Report of Proceedings,

 7    consisting of Pages 1 to 7, inclusive, is a true,

 8    correct and complete transcript of my shorthand notes

 9    so taken at the time and place hereinabove set forth.

10

11

12

13           _____

14                   Official Court Reporter

15            Kristin M. Barnes, CSR No. 084-004026

16            Eighteenth Judicial Circuit of Illinois,

17                         DuPage County

18

19

20

21

22

23

24
```

*Kristin M. Barnes, CSR, #084-004026*



**State of Illinois**
**Executive Department**

2017-072

## GOVERNOR'S WARRANT OF ARREST

## TO ALL PEACE OFFICERS OF THIS STATE, GREETINGS:

The Governor of **VIRGINIA** demands of me the arrest and delivery of **LOIS ABA KWAKYEWAA YANKAH** a fugitive from justice and has tendered the **Affidavit and Warrant** certified as authentic and duly authenticated. The documentation states that this fugitive, while personally present in the County of **City of Richmond** in the State of **VIRGINIA** committed an act or acts certified under the laws of that State to be a crime **on or about March 10, 2015** and stands charged with the crime(s) of **Credit Card Theft; Defrauding Hotels, Motels, Campgrounds, Boardinghouses, etc; and Credit Card Fraud** thereafter fled the State of **VIRGINIA** and has taken refuge in the State of Illinois.

Now, Therefore, in compliance with the Constitution and the laws of the United States, the State of **VIRGINIA** and the State of Illinois, you are hereby commanded and required to arrest **LOIS ABA KWAKYEWAA YANKAH** who shall be produced in open court, be afforded the protection of personal liberty provided by the laws of this State and unless discharged by the court, be delivered to the custody of **Detective Sandy Ledbetter-Clarkson and Detective Anthony Coates and/or his/her authorized female agent** hereby authorized to receive and convey the said fugitive to the State of **VIRGINIA** to be dealt with according to law.

IN WITNESS WHEREOF, I have hereunto set my hand and caused to be affixed the Great Seal of State, at the Capitol in the City of Springfield, **May 30, 2017.**

**BRUCE RAUNER**
**GOVERNOR**

By the Governor:

**JESSE WHITE**
**SECRETARY OF STATE**